# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Melgren, Eric F. | U.S. District Court, D. Kansas | 08/18/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Hon. Eric F. Melgren
United States Courthouse #414
401 N. Market
Wichita, Kansas 67202

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Advisory Board, Cohen Honors College, Wichita State University |
| 2. | Board Member | Tenth Circuit Historical Society |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melgren, Eric F. | 08/18/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melgren, Eric F. | 08/18/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Department of Education | Student Loan (for son) | K |
| 2. Rose Hill Bank | HELOC Guaranty | K |
| 3. Bank of America | Credit Card | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Melgren, Eric F.** | 08/18/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Bank of America IRA (cash eqv) | A | Interest | J | T | | | | | |
| 2.  Axa Equitable Variable Life Insurance EQ Money Market | | None | J | T | | | | | |
| 3.  Elara interval vacation property, Las Vegas, NV | | None | L | W | | | | | |
| 4.  Breakers of Ft. Lauderdale, FL interval vacation property | | None | J | W | | | | | |
| 5.  SEI American AMCAP Fund | A | Int./Div. | | | Sold (part) | 02/15/19 | J | | |
| 6.  | | | | | Sold | 03/25/19 | K | | |
| 7.  SEI American EuroPacific Growth Fund | A | Int./Div. | K | T | | | | | |
| 8.  SEI American - The Growth Fund of America | A | Int./Div. | K | T | Buy (add'l) | 12/20/19 | J | | |
| 9.  SEI Fidelity Advisor International Capital Appreciation Fund | A | Int./Div. | K | T | Sold (part) | 09/23/19 | J | | |
| 10.  SEI Global X Copper Miners | A | Int./Div. | K | T | Buy | 02/15/19 | J | | |
| 11.  | | | | | Sold (part) | 04/08/19 | J | | |
| 12.  | | | | | Buy (add'l) | 09/23/19 | J | | |
| 13.  SEI Government Fund SEOXX | A | Interest | J | T | Buy (add'l) | 02/19/19 | J | | |
| 14.  | | | | | Buy (add'l) | 04/10/19 | K | | |
| 15.  | | | | | Sold (part) | 04/11/19 | K | | |
| 16.  | | | | | Buy (add'l) | 09/24/19 | J | | |
| 17.  | | | | | Sold (part) | 09/25/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melgren, Eric F. | 08/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | SEI Invesco Russell 1000 Momentum Factor ETV | A | Int./Div. | K | T | | | | | |
| 19. | SEI Invesco Russell 1000 Yield Factor | A | Int./Div. | K | T | Buy | 04/08/19 | K | | |
| 20. | SEI Invesco Oppenheimer Rochester High Yield Municipal Fund | B | Int./Div. | K | T | Sold (part) | 03/25/19 | J | | |
| 21. | SEI Invesco Oppenheimer Senior Floating Rate Fund | A | Int./Div. | K | T | | | | | |
| 22. | SEI iShares Core S&P Small Cap EFT | A | Int./Div. | K | T | Buy (add'l) | 03/22/19 | J | | |
| 23. | SEI Oppenheimer Global Opportunities | A | Int./Div. | | | Sold | 03/25/19 | K | | |
| 24. | SEI Vanguard Consumer Staples | A | Int./Div. | K | T | Buy | 03/22/19 | L | | |
| 25. | | | | | | Sold (part) | 04/08/19 | K | | |
| 26. | | | | | | Sold (part) | 09/23/19 | J | | |
| 27. | SEI Vanguard Mid-Cap Index Fund | A | Int./Div. | K | T | Buy (add'l) | 04/09/19 | K | | |
| 28. | | | | | | Sold (part) | 04/09/19 | K | | |
| 29. | | | | | | | | | | |
| 30. | | | | | | | | | | |
| 31. | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Melgren, Eric F.** | 08/18/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I have reorded the SEI innvestment funds from how they originally appeared, to an alphabetical listing.

The fund listed on Line 8, American-The Growth Fund of America, was erroneously listed last year as just "The Growth Fund of America."  Also, "Buy (add'l) listed for 12/20/19 was a capital gains distributiion reinvested.

The fund listed on Line 18, Invesco Russell 1000 Momentum Factor, was formed on 5/28/19 in a 1-1 conversion from Oppenheimer Russell 1000 Momentum Factor, which was listed on last year's report.

The fund listed on Line 20, Invesco Oppenheimer Rochester High Yield Municipal Fund, was formed on 5/28/29 in a 1-1 conversion from Oppenheimer Rochester High Yield Management Fund, which was listed on last year's report.

The fund listed on Line 21, Invesco Oppenheimer Senior Floating Rate Fund, was formed on 5/28/19 in a 1-1 conversion from Oppenheimer Senior Floating Rate Fund, which was listed last year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eric F. Melgren**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544